# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHRAM JARRAHI, | Case No. 2:20−cv−03240 MEMF (AGRx) |
| Plaintiff, | |
| v. | JUDGMENT |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, | |
| Defendants. | |

This action came on for hearing before the Court, on July 14, 2022, Hon. Maame Ewusi-Mensah Frimpong, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that defendant recover its costs.

Dated: March 15, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge